LUNG ROSE VOSS & WAGNILD

MATTHEW C. SHANNON     9043-0
Attorney at Law
A Law Corporation
DAVID E. CASE              11515-0
KIRA J. GOO                11519-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Fax: (808) 533-4184
E-mail:   mshannon@legalhawaii.com
          dcase@legalhawaii.com
          kgoo@legalhawaii.com

Attorneys for Plaintiff 1001 QUEEN, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| 1001 QUEEN, LLC, <br><br> Plaintiff, <br> v. <br><br> R2 AND V3 MANAGEMENT GROUP LLC, OHMAR VILLAVICENCIO, LIZZEL VILLAVICENCIO, BASKER PERIYASAMY, and GEETHA PERIYASAMY, <br><br> Defendants. | CIVIL NO. 1:23-cv-00128-LEK-WRP <br><br> **STIPULATED JUDGMENT** <br><br><br><br> Judge: Hon. Leslie E. Kobayashi <br><br> Trial: Not set |

**STIPULATED JUDGMENT**

By stipulation between Plaintiff 1001 QUEEN, LLC ("**Plaintiff**") and Defendants R2 AND V3 MANAGEMENT GROUP LLC, OHMAR

VILLAVICENCIO, LIZZEL VILLAVICENCIO, BASKER PERIYASAMY, and GEETHA PERIYASAMY (collectively, "**Defendants**"):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against each and all Defendants, jointly and severally, in the amount of FIVE HUNDRED THOUSAND AND NO/DOLLARS (500,000.00) pursuant to the Settlement Agreement and Mutual Release entered by Plaintiff and Defendants on June 4, 2024 ("**Settlement Agreement**"), less any payments received by Plaintiff from Defendants pursuant to the Settlement Agreement prior to the entry of this Stipulated Judgment.

This judgment is final pursuant to Rule 58 of the Federal Rules of Civil Procedure and resolves all claims as to all parties.

//
//
//
//
//
//
//
//
//
//

DATED: Honolulu, Hawai'i, January 31, 2025, 2024.

/s/Matthew C. Shannon
MATTHEW C. SHANNON
DAVID E. CASE
KIRA J. GOO

Attorneys for Plaintiff
1001 QUEEN, LLC


DATED: Honolulu, Hawai'i, January 31, 2025.

KIRK M. NESTE
MICHAEL R. SOON FAH

Attorneys for Defendants
R2 AND V3 MANAGEMENT GROUP LLC, OHMAR VILLAVICENCIO, LIZZEL VILLAVICENCIO, BASKER PERIYASAMY, and GEETHA PERIYASAMY

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

---

*1001 Queen, LLC v. R2 and V3 Management Group, LLC, et al.*, Civil No. 1:23-cv-00128-LEK-WRP, U.S. District Court for the District of Hawai'i; STIPULTED JUDGMENT